1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93720
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4

5  Attorney for Defendant, DONALD KRISTMANN

6

7                     UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,                CASE NO.  6:17-mj-00062-MJS

11                    Plaintiff,             **STIPULATION TO CONTINUE INITIAL
                                             APPEARANCE TO SEPTEMBER 20, 2017;
12          v.                               ORDER THEREON**

13  DONALD KRISTMANN,

14                    Defendant.

15

16       **IT IS HEREBY STIPULATED** by and between the Defendant, DONALD

17  KRISTMANN, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the

18

19  National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO CONTINUE INITIAL
APPEARANCE TO SEPTEMBER 20, 2017;
 ORDER THEREON

1 captioned matter currently scheduled for August 22, 2017, at 10:00 a.m. be continued until

2 September 20, 2017, at 10:00 a.m.

3     Defense counsel will be on vacation the week of August 21, 2017.

4

5 Dated: August 16, 2017                  /s/ Carol Ann Moses
                                                CAROL ANN MOSES

6                                                   Attorney for Defendant,

7                                                   DONALD KRISTMANN

8 Dated: August 16, 2017                  /s/ Susan St. Vincent

9                                                   SUSAN ST. VINCENT

10                                                   Legal Officer
                                                  National Park Service

11

12

13                                    ORDER

14     The Court accepts the above Stipulation and adopts its terms as the Order of this court.

15 Accordingly, the August 22, 2017, Initial Appearance for Donald Kristmann, Case 6:17-mj-

16 00062-MJS, is continued to September 20, 2017, at 10:00 a.m.

17

18 IT IS SO ORDERED.

19   Dated:    August 18, 2017                   /s/ *Michael J. Seng*

20                                            UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28