1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93720
3  Telephone:  (559) 449-9069
4  Facsimile:   (559) 513-8530

5  Attorney for Defendant, DONALD KRISTMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  6:17-mj-00062-MJS |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO DECEMBER 5, 2017; ORDER THEREON** |
| v. | |
| DONALD KRISTMANN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, DONALD

KRISTMANN, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the

National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-

///

///

///

///

///

///

///

///

captioned matter currently scheduled for September 20, 2017, at 10:00 a.m. be continued until December 5, 2017, at 10:00 a.m.

A Rule 43 Waiver was to be requested of the Court, with a video conference initial appearance from a U.S. District Court in Florida. Hurricane Irma thwarted communication with Mr. Kristmann. It is unknown how long it will be before power to his area is restored. Further, it is unknown when or whether he will be able to return to his residence and place of business. An extension of time for the Initial Appearance will assure that Mr. Kristmann is fully informed of the charges alleged, his constitutional rights and that he will be ready to enter a plea.

Dated: September 12, 2017 /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
DONALD KRISTMANN

Dated: September 12, 2017 /s/ Susan St. Vincent
SUSAN ST. VINCENT
Legal Officer
National Park Service

ORDER

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the September 20, 2017, Initial Appearance for Donald Kristmann, Case 6:17-mj-00062-MJS, is continued to December 5, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 13, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE INITIAL
APPEARANCE TO DECEMBER 5, 2017;
 ORDER THEREON

3