1 | **CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, DONALD KRISTMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  6:17-mj-00062-MJS |
|---|---|
| Plaintiff, | **STIPULATION FOR RULE 43 WAIVER OF APPEARANCE FOR VIDEO CONTINUANCE OF INITIAL APPEARANCE; ORDER** |
| v. | |
| DONALD KRISTMANN, | Date:     December 5, 2017
Time:    10:00 a.m.
Judge:   Hon. Michael J. Seng |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant DONALD KRISTMANN, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his initial appearance, and be allowed to appear via video conference.  Mr. Kristmann agrees that his interests shall be represented at all times by the presence of his attorney, Carol Moses, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

 Mr. Kristmann is charged with 1 count of 36 CFR 4.23(c)(2) – Refusing to Submit to a test to determine blood alcohol and drug content; 1 count of 36 CFR 4.14(b) – Storing an open container of alcohol in a motor vehicle, and 1 count of 36 CFR 2.35(b)(2)  – Possession of a Controlled Substance (marijuana).

Mr. Kristmann is a resident of Cocoa Beach, Florida. He is a self-employed pool contractor, and works full time to support his family.

Hurricane Irma caused great devastation in the area where Mr. Kristmann works, cutting off power, destroying buildings, homes and other infrastructure with its high winds, torrential rains and flooding. Mr. Kristmann is still trying to recover from Hurricane Irma's devastation. Mr. Kristmann's business has suffered and the stress of trying to recover has been difficult on he and his family.

Mr. Kristmann respectfully requests that the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference from the U.S. District Court in Melbourne, Florida, for his initial appearance.

Dated:  November 25, 2017  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
DONALD KRISTMANN


Dated:  November 25, 2017  /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer

ORDER

GOOD CAUSE APPEARING, the above request for waiver of Defendant's personal appearance at the initial appearance in Case No. 6:17-mj-00062-MJS, is granted PROVIDED that Defendant make suitable and timely arrangements with Courtroom Deputy Megan Bernacchi to appear by video from a United States District Court near his area of residence.

IT IS SO ORDERED.

Dated: November 27, 2017        /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE