1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
3  Fresno, California  93711
   Telephone:  (559) 449-9069
4  Facsimile:   (559) 513-8530

5  Attorney for Defendant, DONALD KRISTMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD KRISTMANN,<br><br>Defendant. | CASE NO.  6:17-mj-00062-JDP<br><br>**STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AND FOR VIDEO APPEARANCE AT CHANGE OF PLEA / SENTENCING HEARING , ORDER THEREON** |
|---|---|

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant DONALD KRISTMANN, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his change of plea / sentencing appearance, and be allowed to appear via video conference. Mr. Kristmann agrees that his interests shall be represented at all times by the presence of his attorney, Carol Moses, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

Mr. Kristmann is charged with 1 count of 36 CFR 4.23(C)(2) – Refusing to Submit to a test to determine blood alcohol and drug content; 1 count of 36 CFR 4.14(b) – Storing an open container of alcohol in a motor vehicle, and 1 count of 36 CFR 2.35 (b)(2) – Possession of a Controlled Substance (marijuana).

Mr. Kristmann is a resident of Cocoa Beach, Florida. He is a self-employed pool

contractor, and works full time to support his family. Hurricane Irma caused great devastation in the area where Mr. Kristmann works, cutting off power, destroying buildings, homes and other infrastructure with its high winds, torrential rains and flooding. Mr. Kristmann is still trying to recover from Hurricane Irma's devastation. Mr. Kristmann's business has suffered and the stress of trying to recover has been difficult on his family. Mr. Kristmann is employed, but airfare from Cocoa Beach, Florida to Fresno, California is approximately $1,200. A two day vehicle rental is approximately $80. Mr. Kristmann would need to obtain at least one nights' lodging if he were required to personally appear in court, approximately $75.

Mr. Kristmann respectfully requests that the Court grant a waiver of his right and obligation to be personally present for his change of plea / sentencing hearing scheduled for June 12, 2018 at 10:00 a.m., and allow him to appear via video conference from the George C. Young United States Courthouse in Orlando, Florida, for his appearance.

Dated: May 1, 2018
/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
DONALD KRISTMANN

ORDER

GOOD CAUSE APPEARING, the above request for Defendant's waiver of personal appearance and request to appear via video conference at his change of plea / sentencing hearing in Case: 6:17-mj-00062-JDP, is hereby accepted and adopted as the order of this Court, except that the date of the change of plea / sentencing hearing is set as June 27, 2018.

IT IS SO ORDERED.

Dated: May 2, 2018
/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE