| | |
|---|---|
| 1 | **CAROL ANN MOSES  #164193** |
| 2 | Attorney at Law |
|   | 7636 N. Ingram Ave., #104 |
| 3 | Fresno, California  93711 |
|   | Telephone:  (559) 449-9069 |
| 4 | Facsimile:    (559) 513-8530 |
| 5 | Attorney for Defendant, DONALD KRISTMANN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:17-mj-00062-JDP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE PLEA AND SENTENCING HEARING TO AUGUST 29, 2018** |
| DONALD KRISTMANN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, DONALD KRISTMANN, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Plea and Sentencing Hearing in the above-captioned matter currently scheduled for July 17, 2018, at 10:00 a.m., be continued until August 29, 2018, at 10:00 a.m. The government has no objection to this request.

Defense Counsel does not yet have a written Plea Agreement for the court to consider.

The Government will not be able to provide the Defense Counsel with a written Plea Agreement until Sunday, July 15, 2018, giving Defendant Mr. Kristmann little to no time to review, sign, and return the Plea Agreement to the Court before Tuesday, July 17, 2018.

There is a signed Rule 43 Waiver for Mr. Kristmann to appear via video conference from

the George C. Young United States Courthouse in Orlando, Florida. The George C. Young United States Courthouse was unable to accommodate Mr. Kristmann's Initial Appearance via video conference on December 05, 2017. Instead, Mr. Kristmann appeared via Skype video conference at his Initial Appearance on December 05, 2017.

    Mr. Kristmann respectfully requests that the Court grant the Stipulation and Proposed Order to Continue the Plea and Sentencing Hearing to August 29, 2018, at 10:00 a.m., and should the United States District Court in Orlando, Florida not be able to accommodate Mr. Kristmann's Change of Plea Hearing via video conference, allow him to appear via Skype video conference from his residence in Cocoa Beach, Florida.

Dated: July 13, 2018                          /s/ Carol Ann Moses
                                                       CAROL ANN MOSES
                                                       Attorney for Defendant,
                                                       DONALD KRISTMANN

Dated: July 13, 2018                           /s/ Susan St. Vincent
                                                       SUSAN ST. VINCENT
                                                       Legal Officer
                                                       National Park Service

## **ORDER**

The court accepts the above stipulation and adopts its terms as the Order of this Court. Accordingly, the July 17, 2018, Plea and Sentencing Hearing for Donald Kristmann, Case 6:17-mj-00062-JDP, is continued to August 29, 2018, at 10:00 a.m. Mr. Kristmann may appear via Skype video conference for the Plea and Sentencing Hearing, should the United States District Court in Orlando, Florida be unable to accommodate Mr. Kristmann's hearing via video conference.

IT IS SO ORDERED.

Dated: __July 13, 2018__   _____
UNITED STATES MAGISTRATE JUDGE