Sean Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD KRISTMANN ,<br><br>Defendant. | DOCKET NO. 6:17-mj-00062-MJS<br><br>**MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |

The United States, by and through its representative, Sean O. Anderson, hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for July 28, 2020, and terminate probation. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on August 29, 2018.

Dated: July 22, 2020

/S/ Sean O. Anderson
Sean O. Anderson
Legal Officer
Yosemite National Park, CA

1

1

**ORDER**

2

      Upon application of the United States, good cause having been shown therefor, it is

3

hereby ordered that the review hearing scheduled for July 28, 2020, in the above-referenced

4

matter, *United States v. Kristmann*, 6:17-mj-00062-MJS, be vacated, and probation terminated.

5

IT IS SO ORDERED.

6

7

Dated:    July 23, 2020                                     

8

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28